**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6284**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TOMMY DANIEL HELMS,

Defendant - Appellant.

Appeal from the United States District Court for the District of South Carolina, at Florence. Joseph Dawson, III, District Judge.  (4:08-cr-00367-JD-1)

Submitted:  July 26, 2025                                Decided:  August 1, 2025

Before KING, WYNN, and BERNER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Tommy Daniel Helms, Appellant Pro Se.  Katherine Hollingsworth Flynn, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Florence, South Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tommy Daniel Helms appeals the district court's order denying his motion for a sentence reduction under § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194, 5222.  The district court found Helms was ineligible for relief because he had previously filed a motion for a sentence reduction under § 404(b) that was denied on the merits.  We have reviewed the record and find no reversible error.  Accordingly, we deny Helms's motion to appoint counsel and affirm the district court's order.  *United States v. Helms*, No. 4:08-cr-00367-JD-1 (D.S.C. Mar. 27, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*